# U.S. District Court
# NORTHERN DISTRICT OF OHIO (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:25−cv−00335−JPC

Pro Reo Settlement Services, LLC et al. v. Lending Tree, Inc. et al.
Assigned to: Judge J. Philip Calabrese
Case in other court: Court of Common Pleas, Cuyahoga County, Ohio, CV 25 109882
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 02/18/2025
Date Terminated: 04/29/2025
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Pro Reo Settlement Services, LLC** represented by **Wendy S. Rosett**
Ste. 304
16781 Chagrin Blvd.
Shaker Heights, OH 44120
216−491−2125
Fax: 215−491−2125
Email: owlesq@aol.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Kevin Ra** represented by **Wendy S. Rosett**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Lending Tree, Inc.** represented by **Zachary J. Adams**
Nelson Mullins Riley & Scarborough
Ste. 2000
1100 Superior Avenue
Cleveland, OH 44114
216−304−6181
Email: zach.adams@nelsonmullins.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Headway Capital, LLC** represented by **Shawn J. Anderson**
Husch Blackwell − Milwaukee
Ste. 1100
511 North Broadway
Milwaukee, WI 53202
414−978−5354
Fax: 414−223−5000

Email: shawn.anderson@huschblackwell.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Defendant**

**Sutton Funding NY, Inc.**

**Defendant**

**Premium Merchant Funding One, LLC** represented by **John P Murray**
McGlinchey Stafford − Cleveland
Ste. 200
3401 Tuttle Road
Cleveland, OH 44122
216−455−5073
Fax: 216−803−8891
Email: jmurray@mcglinchey.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Stefanie L. Deka**
McGlinchey Stafford − Cleveland
Ste. 200
3401 Tuttle Road
Cleveland, OH 44122
216−378−9914
Fax: 216−274−9201
Email: sdeka@mcglinchey.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2025 | Ï 1 | **Notice of Removal** from Court of Common Pleas, Cuyahoga County, Ohio, case number CV25109882 with jury demand. Filing fee paid $405.00, receipt number AOHNDC−12962031. Filed by Headway Capital, LLC. (Attachments: # 1 Exhibit A − Complaint, # 2 Civil Cover Sheet) (Anderson, Shawn) (Entered: 02/18/2025) |
| 02/19/2025 | Ï | Judge J. Philip Calabrese assigned to case. (F,AW) (Entered: 02/19/2025) |
| 02/19/2025 | Ï | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge James E. Grimes, Jr. (F,AW) (Entered: 02/19/2025) |
| 02/19/2025 | Ï 2 | Magistrate Consent Form issued. (F,AW) (Entered: 02/19/2025) |
| 02/19/2025 | Ï 3 | **Order**: The Court schedules a hearing on Plaintiff's motion for a temporary restraining order on Friday, February 21, 2025 at 3:00 p.m. in Courtroom 16B, Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio. Judge J. Philip Calabrese on February 19, 2025. (Y,A) (Entered: 02/19/2025) |
| 02/19/2025 | Ï 4 | Response Regarding Plaintiffs' Motion for a Temporary Restraining Order filed by Headway Capital, LLC. (Attachments: # 1 Exhibit 1 − Plaintiffs' Motion for Temporary Restraining Order, # 2 Exhibit 2 − Order Denying Temporary Restraining Order, # 3 Exhibit 3 − State Court Docket) |

| | | |
|---|---|---|
| | | (Anderson, Shawn) Modified text on 2/20/2025 (M,CE). (Entered: 02/19/2025) |
| 02/19/2025 | Ï 5 | **Order**: The Court **CANCELS** the hearing on Plaintiff's motion for a temporary restraining order because the supplemental record shows that the State court denied it before removal of this action. Under 28 U.S.C. § 636(b)(1)(A), Rule 72(a) of the Federal Rules of Civil Procedure, and Local Rule 72.1, the Magistrate Judge may hear and decide all pretrial matters not dispositive of any partys claim or defense and, when appropriate, issue a written order stating the decision. Therefore, the Court **REFERS** this matter to Magistrate Judge James E. Grimes, Jr. to handle all pretrial matters, except the Magistrate Judge need not prepare a report and recommendation on any dispositive motions. The parties will receive further instructions from Judge Grimes' Chambers. Judge J. Philip Calabrese on February 19, 2025. (Y,A) (Entered: 02/19/2025) |
| 02/19/2025 | Ï 6 | Corporate Disclosure Statement identifying Corporate Parent Enova SMB, LLC, Other Affiliate BlackRock, Inc., Other Affiliate CNU Online Holdings, LLC, Other Affiliate Enova Online Services, LLC, Other Affiliate Enova International, Inc. for Headway Capital, LLC filed by Headway Capital, LLC. (Anderson, Shawn) (Entered: 02/19/2025) |
| 02/24/2025 | Ï 7 | Unopposed **Motion** for extension of time until March 18, 2025 to answer filed by Defendant Headway Capital, LLC. Related document(s) 1 . (Anderson, Shawn) (Entered: 02/24/2025) |
| 02/25/2025 | Ï | **Order** [non−document] granting Defendant's 7 Motion for Extension of Time to Answer Headway Capital, LLC. Answer due 03/18/2025. Magistrate Judge James E. Grimes Jr. on 02/25/2025.(M,MT) (Entered: 02/25/2025) |
| 03/03/2025 | Ï 8 | **Motion** to remand to State Court *with memorandum in support* filed by Pro Reo Settlement Services, LLC, Kevin Ra. Related document(s) 1 . (Rosett, Wendy) (Entered: 03/03/2025) |
| 03/03/2025 | Ï 9 | **Order**: The Court **DENIES** Plaintiffs motion to remand (ECF No. 8 ). Judge J. Philip Calabrese on March 3, 2025.(Y,A) (Entered: 03/03/2025) |
| 03/11/2025 | Ï 10 | **Motion** for extension of time until March 18, 2025 to answer *Complaint* filed by Defendant Lending Tree, Inc.. Related document(s) 1 . (Adams, Zachary) (Entered: 03/11/2025) |
| 03/11/2025 | Ï | **Order** [non−document] granting Defendant's 10 Motion for Extension of Time to Answer. Lending Tree, Inc. answer due 3/18/2025. Magistrate Judge James E. Grimes Jr. on 03/11/2025.(M,MT) (Entered: 03/11/2025) |
| 03/17/2025 | Ï 11 | **Order:** In light of the statements in Headway Capital's notice of removal, Doc. 1 , at 4, Plaintiffs are ordered, within 14 days, to file evidence showing that defendants Sutton Funding NY and Premium Merchant Funding One have been properly served. Failure to file this evidence or to otherwise take appropriate steps to move this case forward may result in dismissal of these defendants for the plaintiffs' failure to prosecute the case against them. See Order for further details. Signed by Magistrate Judge James E. Grimes Jr. on 03/17/2025. (M,MT) (Entered: 03/17/2025) |
| 03/18/2025 | Ï 12 | **Motion** to stay *Proceedings*, **Motion** to *Compel Arbitration* filed by Defendant Headway Capital, LLC. Related document(s) 1 . (Anderson, Shawn). Added Motion to compel arbitration on 3/19/2025 (M,CE). (Entered: 03/18/2025) |
| 03/18/2025 | Ï 13 | Brief *in Support of* 12 **Motion** to stay *Proceedings*, **Motion** to *Compel Arbitration* filed by Headway Capital, LLC. Related document(s) 12 . (Anderson, Shawn) Modified text on 3/19/2025 (M,CE). (Entered: 03/18/2025) |
| 03/18/2025 | Ï 14 | **Motion** to dismiss for failure to state a claim *Plaintiffs' Complaint* filed by Defendant Lending Tree, Inc.. Related document(s) 1 . (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss)(Adams, Zachary) Modified text on 4/11/2025 (M,CE). (Entered: 03/18/2025) |
| 03/18/2025 | Ï 15 | **Motion** to Compel Arbitration filed by Defendant Lending Tree, Inc.. (Attachments: # 1 Affidavit Declaration of Mark Gleason in Support of Motion to Compel Arbitration, # 2 Memorandum of |

| | | |
|---|---|---|
| | | Law in Support of Motion to Compel Arbitration)(Adams, Zachary) (Entered: 03/18/2025) |
| 03/18/2025 | Ï 16 | **Motion** to change/transfer venue filed by Defendant Lending Tree, Inc.. (Attachments: # 1 Memorandum of Law in Support of Motion to Transfer Venue)(Adams, Zachary) (Entered: 03/18/2025) |
| 03/21/2025 | Ï 17 | Attorney Appearance by Stefanie L. Deka filed by on behalf of Premium Merchant Funding One, LLC. (Deka, Stefanie) (Entered: 03/21/2025) |
| 03/21/2025 | Ï 18 | Attorney Appearance by John P Murray filed by on behalf of Premium Merchant Funding One, LLC. (Murray, John) (Entered: 03/21/2025) |
| 03/21/2025 | Ï 19 | **Motion** for extension of time until April 11, 2025 to answer *Plaintiff's Complaint* filed by Defendant Premium Merchant Funding One, LLC. (Attachments: # 1 Proposed Order Granting Defendant Premium Merchant Funding One, LLC's Motion for Extension of Time to Move or Plead to Plaintiff's Complaint)(Murray, John) Related document 1 . (Entered: 03/21/2025) |
| 03/21/2025 | Ï 20 | Corporate Disclosure Statement filed by Premium Merchant Funding One, LLC. (Murray, John) (Entered: 03/21/2025) |
| 03/25/2025 | Ï | **Order** [non−document] granting Defendant's 19 Motion for Extension of Time to Answer. Premium Merchant Funding One, LLC answer due 04/11/2025. Magistrate Judge James E. Grimes Jr. on 03/25/2025.(M,MT) (Entered: 03/25/2025) |
| 03/28/2025 | Ï 21 | **Motion** for Judicial Notice of State Court Docket and Proof of Service with memorandum in support and Exhibit A − court docket, filed by Pro Reo Settlement Services, LLC, Kevin Ra. Related document(s) 11 . (Rosett, Wendy) Modified text to indicate exhibit not filed as attachment on 3/31/2025 (M,CE). (Entered: 03/28/2025) |
| 04/03/2025 | Ï 22 | **Motion** for extension of time until April 15, 2025 to file response/reply to 12 **Motion** to stay *Proceedings*, **Motion** to *Compel Arbitration*, 15 **Motion** to Compel Arbitration filed by Pro Reo Settlement Services, LLC, Kevin Ra. Related document(s) 12 , 15 . (Rosett, Wendy) (Entered: 04/03/2025) |
| 04/03/2025 | Ï | **Order** [non−document]: At the request of counsel, the Court extends the deadline to respond to the pending motion to April 15, 2025 (ECF No. 22 .) Judge J. Philip Calabrese on April 3, 2025.(Y,A) (Entered: 04/03/2025) |
| 04/04/2025 | Ï 23 | **Motion** for extension of time until April 15, 2025 to file response/reply to 15 **Motion** to Compel Arbitration, 14 **Motion** to dismiss *Plaintiffs' Complaint*, 12 **Motion** to stay *Proceedings*, **Motion** to *Compel Arbitration*, 16 **Motion** to change/transfer venue filed by Pro Reo Settlement Services, LLC, Kevin Ra. Related document(s) 15 , 14 , 12 , 16 . (Rosett, Wendy) (Entered: 04/04/2025) |
| 04/04/2025 | Ï | **Order** [non−document]: For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension to April 15, 2025 (ECF No. 23 ). Judge J. Philip Calabrese on April 4, 2025.(Y,A) (Entered: 04/04/2025) |
| 04/11/2025 | Ï 24 | **Motion** to dismiss for failure to state a claim filed by Defendant Premium Merchant Funding One, LLC. (Murray, John) (Entered: 04/11/2025) |
| 04/15/2025 | Ï 25 | **Motion** for leave *to File First Amended Complaint, Instanter* with Amended Complaint attached filed by Pro Reo Settlement Services, LLC, Kevin Ra. (Rosett, Wendy) Modified docket text on 4/28/2025 (S,DA). (Entered: 04/15/2025) |
| 04/15/2025 | Ï 26 | Brief in **Opposition** (with Exhibit A − Various Documents in Support) to 12 **Motion** to Stay Proceedings and **Motion** to Compel Arbitration filed by All Plaintiffs. Related document 13 . (Rosett, Wendy) Modified on 4/22/2025 to note Exhibit A included with main document (S,DA). (Entered: 04/15/2025) |

| | | |
|---|---|---|
| 04/15/2025 | Ï 27 | Brief in **Opposition** (with Exhibit A − Email) to 14 **Motion** to Dismiss or 16 **Motion** to Transfer Venue filed by All Plaintiffs. (Rosett, Wendy) Modified on 4/22/2025 to note Exhibit A included with main document (S,DA). (Entered: 04/15/2025) |
| 04/22/2025 | Ï 28 | **Reply** in support of 12 **Motion** to stay *Proceedings*, **Motion** to *Compel Arbitration* filed by Headway Capital, LLC. (Anderson, Shawn) (Entered: 04/22/2025) |
| 04/23/2025 | Ï 29 | Corporate Disclosure Statement filed by Pro Reo Settlement Services, LLC. (Rosett, Wendy) (Entered: 04/23/2025) |
| 04/24/2025 | Ï 30 | Brief in Opposition to 25 **Motion** for Leave to File Amended Complaint filed by Premium Merchant Funding One, LLC. (Murray, John) (Entered: 04/24/2025) |
| 04/28/2025 | Ï 31 | **Motion** TO HOLD PENDING MOTION IN ABEYANCE FOR 15 DAYS TO ALLOW COMPLIANCE WITH MAGISTRATE JUDGE GRIMES STANDING ORDER filed by Pro Reo Settlement Services, LLC, Kevin Ra. (Rosett, Wendy) (Entered: 04/28/2025) |
| 04/28/2025 | Ï | **Order** [non−document] Magistrate Judge Grimes's "Standing Order in Civil Consent Cases" does not apply in this case because the parties have not consented to Judge Grimes's jurisdiction. So Plaintiffs' Motion, Doc # 31 , is denied as moot. Magistrate Judge James E. Grimes Jr. on 4/28/2025.(W,Su) (Entered: 04/28/2025) |
| 04/28/2025 | Ï 32 | **Order**: The Court **GRANTS** Lending Tree's motion (ECF No. 16 ) and **TRANSFERS** the case to the United States District Court for the Western District of North Carolina. Judge J. Philip Calabrese on April 28, 2025. (Y,A) (Entered: 04/28/2025) |
| 04/29/2025 | Ï 33 | **Response** to 25 **Motion** for leave *to File First Amended Complaint, Instanter* filed by Lending Tree, Inc.. (Adams, Zachary) (Entered: 04/29/2025) |
| 04/29/2025 | Ï 34 | **Reply** in support of 16 **Motion** to change/transfer venue , 14 **Motion** to dismiss for failure to state a claim *Plaintiffs' Complaint* filed by Lending Tree, Inc.. (Adams, Zachary) (Entered: 04/29/2025) |
| 04/29/2025 | Ï | Case electronically transferred to the United States District Court for the Western District of North Carolina on 4/29/2025. Related document(s) 32 . (F,AW) (Entered: 04/29/2025) |