# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kevin Ra<br>Pro Reo Settlement Services, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>Headway Capital, LLC et al<br>,<br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JUDGMENT IN CASE<br><br><br>3:25-cv-00285-MOC-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 23, 2025 Order.

December 23, 2025

Katherine Hord Simon, Clerk
United States District Court